## (June 2, 1953.)

■

PETER SCHWABE, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Defendant, and TULLY & DI NAPOLI, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.; Callahan, J., dissents and votes to reverse.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BIRD, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

■

MARTIN OLTARSH et al., Appellants, v. MAX OLTARSH et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN WEEKLY, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [63 Vesey St., Borough of Manhattan.] — Order unanimously modified so as to fix the value for the property designated as Block 85, Lot 6, for each year under review as follows: Land $275,000, Building $300,000, Total $575,000. As so modified the order is affirmed, with $20 costs and disbursements to the appellants. In our opinion on this record no other values are justified. Settle order on notice. Present — Peck, P. J., Glennon, Dore and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REEVES BROTHERS, INC., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [39–41 Thomas St. and 54–56 Worth St., Borough of Manhattan.] — Order unanimously modified so as to fix the land values for the year 1949–1950, as follows: Lot 13, $85,000, Lot 14, $165,000. As so modified the order is affirmed. The land values fixed by Special Term on this record are not justifiable. Settle order on notice. Present — Peck, P. J., Glennon, Dore and Breitel, JJ.